UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MARY HOLLISTER

        Petitioner,

                                Case Number 06-14202
v.                                   Honorable Thomas L. Ludington

SUSAN DAVIS,

        Respondent.
_____ /

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING PETITION FOR WRIT OF HABEAS CORPUS

This matter is before for the Court on a report issued by Magistrate Judge Charles E. Binder. On May 27, 2008, the magistrate judge recommended that the Court deny Petitioner Mary Hollister's petition for writ of habeas corpus. None of the parties to this action filed objections to the report and recommendation. A party's failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Federation of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the record. *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation [Dkt. # 8] is **ADOPTED**.

It is further **ORDERED** that Petitioner's petition for writ of habeas corpus [Dkt. # 1] is **DENIED**.

                                                    s/Thomas L. Ludington
                                                    THOMAS L. LUDINGTON
                                                    United States District Judge

Dated: June 17, 2008

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 17, 2008.

                                              s/Tracy A. Jacobs
                                              TRACY A. JACOBS